```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff            )<br>                                   )<br>     v.                            )<br>                                   )<br> HOWARD JAMES HARRIS,              )<br>                                   )<br>              Defendant            )<br> _____ ) | 1:88-CR-00029 REC<br>1:88-CR-00068 REC<br><br>ORDER REASSIGNING CASES<br><br>NEW CASE NUMBERS:<br><br>1:88-CR-00029 LJO<br>1:88-CR-00068 LJO |

**The defendant having filed a post conviction motion which must be resolved by the Court in each of the above matters,**

**IT IS HEREBY ORDERED that the above actions be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Lawrence J. O'Neill.**

IT IS SO ORDERED.

**Dated:   February 27, 2008**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1