```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )         1:88-CR-00029 LJO
            Plaintiff          )         1:88-CR-00068 LJO
                               )
     v.                        )         REQUEST FOR MEDICAL
                               )         REPORT
HOWARD JAMES HARRIS,           )
                               )
            Defendant          )
_____)
```

The Court having received a motion for reduction of sentence due to medical reasons from the defendant, the Bureau of Prisons is requested to provide this Court with a current medical evaluation of the defendant as soon as is practical.

Within ten days of the receipt of the report, the United States Probation Office and the United States Attorney shall file a written response to the defendants motions.


Dated: February 27, 2008          /s/ OLIVER W. WANGER

                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1

CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

vs                                              1:88-CR-29 LJO
                                                1:88-CR-68 LJO

HOWARD JAMES HARRIS,

_____

    I, the undersigned, hereby certify that I am an employee of the office of the Clerk of the U.S. District Court, Eastern District of California, and that on February 27, 2008, I served a copy of the attached Request for Medical Report by placing said copy in a postage-paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California, or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY MAIL                          INTER-OFFICE DELIVERY

Howard James Harris                     United States Attorney
54030-097
Medical Center                          United States Probation
   for Federal Prisoners                Office
Box 4000
Springfield, MO  65801-4000


Served by FAX

Darla Dunn
BOP - Springfield


                                                             /s/ G. Lucas
                                        _____
                                        G. Lucas
                                        Deputy Clerk