IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HOWARD JAMES HARRIS,<br><br>　　　　　　　　Defendant.<br>_____/ | CASE NOS. CR F 88-0029 LJO AND CR F 88-0068 LJO<br><br>**ORDER ON DEFENDANT'S PETITION FOR EARLY RELEASE**<br>(Docs. 232, 171.) |

　　　　This Court has reviewed inmate Howard James Harris' ("petitioner's") Petition for Early Release Due to Medical Condition and Age pursuant to 18 U.S.C. §§ 3553(b) and 3852(c)(1) and USSG 5H1.1 and 5H1.4.

　　　　Petitioner serves the end of a 292-month term for drug violations.

　　　　The petition is the very same motion made by this petitioner and denied by this Court in February 2006.

　　　　This Court has also reviewed the March 17, 2008 report of the United States Probation Officer.

　　　　This Court concurs that the petitioner is not entitled to relief under 18 U.S.C. § 3582(c)(1)(A). This Court's authority to modify a sentence is conditioned upon motion of the Director of the Bureau of Prisons. That motion has not been received. In addition, planning for the anticipated release date of May 31, 2009 has not begun, and is a needed step for the appropriate and safe release of petitioner, both as it relates to the public and to the petitioner himself.　　The Probation Officer's recommendation is

1 | solidly based.

2 | This Court DENIES the Petition for Early Release Due to Medical Condition and Age.

3 | IT IS SO ORDERED.

4 | **Dated:   March 18, 2008**                               **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE